NO. 07-10-0042-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
 FEBRUARY 22, 2010
 __________________________
 
 IN THE MATTER OF THE MARRIAGE OF
 JESSICA N. ROQUE AND JOSE LUIS ROQUE
 ___________________________
 
 FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;
 
 NO. 2008-545,444; HONORABLE JUDY PARKER, JUDGE
 ___________________________
 
 
Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 MEMORANDUM OPINION
 
 
Appellant Jose Luis Roque filed a notice of appeal on February 1, 2010. However, he did not pay the required filing fee of $175. See Tex. R. App. P. 5 & Appendix. By letter of February 3, we informed appellant that failure to pay the filing fee within ten days of the letter might result in dismissal according to Rule of Appellate Procedure 42.3(c). Tex. R. App. P. 42.3(c). The deadline passed without payment of the filing fee.
 Finding appellant has not paid the filing fee required by rule, and finding that we have given notice to all parties, we dismiss the appeal pursuant to Rule 42.3(c).
 
It is so ordered.

 
 James T. Campbell
 Justice